UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

KAYE R. MEDINA,

    Plaintiff,

v.

ONE ADVANTAGE, LLC.,

    Defendant.                               No. 16-cv-296-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 11, 2016 (Doc. 11), this case is **DISMISSED** with prejudice.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:     /s/*Caitlin Fischer*
                                                       **Deputy Clerk**

Dated:  July 15, 2016

                                        Digitally signed by
                                        Judge David R. Herndon
                                        Date: 2016.07.15
                                        10:11:57 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE